205 So.2d 238

**Donald Eugene CATON**

v.

**STATE.**

**6 Div. 199.**

Court of Appeals of Alabama.

Nov. 15, 1966.

Rehearing Denied Dec. 16, 1966.

Donald Eugene Caton, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed.

Affirmed by Supreme Court on certiorari, 205 So.2d 239.

205 So.2d 239

**Donald Eugene CATON**

v.

**STATE.**

**6 Div. 198.**

Court of Appeals of Alabama.

Nov. 15, 1966.

Rehearing Denied Dec. 16, 1966.

Donald Eugene Caton, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Affirmed.

Affirmed by Supreme Court on certiorari, 205 So.2d 239.

215 So.2d 464

**John H. DILLARD**

v.

**STATE.**

**6 Div. 187.**

Court of Appeals of Alabama.

May 24, 1966.

Rehearing Denied Oct. 11, 1966.

Reversed on Mandate Nov. 19, 1968.

John H. Dillard, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

PRICE, Presiding Judge.

Affirmed.

Reversed and remanded to Court of Appeals on Certiorari, 283 Ala. 245, 215 So.2d 464.